**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-6868**

ORLANDO LARRY,

    Petitioner - Appellant,

  v.

R. M. WOLFE, Warden,

    Respondent - Appellee.

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling.  John Preston Bailey, District Judge.  (5:22-cv-00225-JPB)

Submitted:  March 28, 2024          Decided:  April 2, 2024

Before KING and RUSHING, Circuit Judges, and MOTZ, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Orlando Larry, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

Orlando Larry appeals the district court's order denying Larry's postjudgment motion for an order of designation of the record on appeal. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Larry v. Wolfe*, No. 5:22-cv-00225-JPB (N.D.W. Va. Aug. 23, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*